[No. 16506-6-II.     Division Two.     December 30, 1994.]

HAROLD LYONS, ET AL, *Appellants*, v. JET EQUIPMENT AND TOOL COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-04873-5, Bruce W. Cohoe, J., entered Sep-

tember 1, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Houghton and Bridgewater, JJ.